FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2024

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIC REMINGTON,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>REFRESCO BEVERAGES US INC.,<br><br>　　　　　　　Defendant. | No. 4:24-CV-05064-MKD<br><br>ORDER RE STIPULATION FOR DISMISSAL WITHOUT PREJUDICE<br><br>**ECF No. 19** |

　　　　Before the Court is the parties' Stipulation of Dismissal of Entire Action without Prejudice, ECF No. 19.  The parties stipulate to the dismissal of this action, without prejudice and without an award of attorneys' fees or costs to any party.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared.  The stipulation is signed by all parties who have appeared.

　　　　Accordingly, **IT IS ORDERED:**

1. The parties' Stipulation of Dismissal of Entire Action without Prejudice, **ECF No. 19**, is **GRANTED**.

ORDER - 1

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED without prejudice**, without an award of fees or costs.

3. All pending motions, if any, are **DENIED as moot**.

4. All pending dates and deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to the parties, and **CLOSE** the file.

DATED November 4, 2024.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2